1 | RICHARD A. ERGO (# 110487)
CATHLEEN S. HUANG (# 219554)
2 | WILLIAM T. NAGLE (# 180162)
Bowles & Verna LLP
3 | 2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
4 | Telephone: (925) 935-3300
Facsimile: (925) 935-0371
5 | Attorneys for Defendants
Worthington Cylinder Corporation and
6 | Worthington Cylinders Wisconsin, LLC

7

### UNITED STATES DISTRICT COURT
8

### CENTRAL DISTRICT OF CALIFORNIA

9 | LINDSEY MARMONT, individually and
Successor in Interest to ASTRID
10 | ELIZABETH MARMONT; TRISTEN
MARMONT, a minor, by and through his
11 | Guardian Ad Litem, LINDSEY
MARMONT, and as successor in interest to
12 | ASTRID ELIZABETH MARMONT;
MARCUS MARMONT, a minor, by and
13 | though his Guardian Ad Litem LINDSEY
MARMONT, and as successor in interest to
14 | ASTRID ELIZABETH MARMONT;
COLE MARMONT, a minor, by and
15 | through his guardian ad litem LINDSEY
MARMONT and as successor in interest to
16 | ASTRID ELIZABETH MARMONT,

17 |       Plaintiffs,

v.
18

BERNZOMATIC CORP., a corporation;
19 | IRWIN INDUSTRIAL TOOL COMPANY,
INC., a corporation; NEWELL
20 | RUBBERMAID, INC., a corporation;
WORTHINGTON CYLINDERS INC., a
21 | corporation; WORTHINGTON
CYLINDERS WISCONSIN, LLC, a limited
22 | liability company; LOWE'S COMPANIES,
INC., a corporation and DOES 1 through
23 | 20, et. al.

24 |       Defendants.

Case No.: LA CV 16-00848 JAK (RAOx)

**ORDER GRANTING STIPULATED PROTECTIVE ORDER**

25

26

27

28

Bowles & Verna LLP
2121 N. California
Suite 875
Walnut Creek 94596

1
[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER
CASE NO. LA CV 16-00848 JAK (RAOx)

Pursuant to stipulation, the Stipulated Protective Order is GRANTED and given full force and effect.

**IT IS SO ORDERED**.


Dated: June 24, 2016

_____
MAGISTRATE JUDGE OF THE U.S.
DISTRICT COURT

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER
CASE NO. LA CV 16-00848 JAK (RAOx)